IN THE UNITED STATES DISTRICT COURT FILED
FOR THE MIDDLE DISTRICT OF TENNESSEE
_____ DIVISION  2010 SEP 14 AM 9:10

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Safiyya Sharif )
Plaintiff )  Civil Case No. 3:09-cv-01176
 ) Judge Honorable E. Clifton Knowles
v. )
JC Penney Corporation, Inc. )
defendant

written response to dismissal
(Type of Pleading)

see attachments

_Safiyya Sharif_
Signature

September 12, 2010

To the Honorable E. Clifton Knowles:

    This is a letter to you to respond to the dismissal of the case 3:09-cv-01176 filed August 31, 2010 where I, Safiyya Sharif, am the plaintiff and JCPenney Corporation, Inc. is the defendant. With all due respect, your Honor, if I could have a little extra time with this case, I can prove to you that I tried to get in touch with JCPenney to ask for my job back.

    I last spoke with Power Line in October 2008 but visited the store at least 3 times and even called. I even picked up a catalog order for me with my cousin to give me a reason to physically come to the Cool Springs Galleria and ask for Josh, the assistant manager, or Denise Mann, the manager. Unfortunately, one or the other was busy. Also, customers and their needs come first in retail.

    As for my disability, I have been a type I diabetic for 30 years and completely blind in my right eye for 14 years. I learned about my hypothyrodism and seizure condition after my surgery and even discussed the findings with Ms. Mann. As a matter of fact, she'd even told me that she had a bout with hypothyroidism and had taken Lortab like what I was given after my surgery.

Lastly, your Honor, in this written objection to the dismissall to this case. Since August 31, 2010, I have requested information from the Department of Labor & Workforce. That valuable information will definitely assist in this matter. A Ms. Lashondia Chambers emailed me Friday and called me on today to assure that the recordings would be in my hands no later than Tuesday or Wednesday, September 14 and/or 15, 2010.

Please give me extra time, your Honor, to present information to you, Mr. Thomas B. Russell, and to the defendant. Thank you in advance.

Sincerely yours,
*Safiyya Sharif*
Safiyya Sharif


TELEPHONE | 615.244.4994
FACSIMILE | 615.256.6339
WEBSITE | GSRM.COM

*Attorneys at Law*

September 8, 2010

Ms. Safiyya Sharif
356 Kothe Way
Antioch, TN 37013-2197

Dear Safiyya:

It was a pleasure meeting with you this week regarding your case. Per that meeting, I have performed a conflicts check which reveals this firm has no conflicts representing you. Therefore, please allow this letter to represent a confirmation of representation as well as an outline of the services this office shall provide.

I will represent you free of charge in this case. The scope of this representation includes reviewing relevant documents, including the documents filed with the Court, and drafting a brief on your behalf regarding your appeal of the denial of unemployment benefits. It is my understanding that a hearing will be conducted in this case on October 1, 2010. I will attend this hearing with you and represent you.

In the event that we are unsuccessful in reversing the denial of benefits and you wish to appeal that decision, at that time I will withdraw my representation. Further, if you are successful and the Commission or J.C. Penney wish to appeal that decision, I will once again withdraw my representation. Please know that my representation shall be limited only to representation of you regarding the current appeal before the Chancery Court. As part of this representation, you agree to promptly return any phone calls and further agree to provide any and all documents you have in your possession regarding this case. This will allow me to better represent you.

If you are in agreement to the terms of this representation, I please ask that you sign below and then return this letter to me for your file. Please know that if you do not agree to these terms, I cannot represent you in this case.

I look forward to working with you and receiving a signed copy of this letter. If you have any other questions, please do not hesitate to contact this office.

Sincerely,

Thomas B. Russell

TBR/kw

_____
SAFIYYA SHARIF

STREET ADDRESS { 315 DEADERICK STREET, STE 1100, NASHVILLE, TN 37238 MAILING ADDRESS { P.O. BOX 198888, NASHVILLE, TN 37219-8


CERTIFICATE OF SERVICE

I _Safiyya Sharif_ certify that I have served _____ with a copy of the attached document via _certified mail_ on this the _14_ of _September_ 2010.

_Safiyya Sharif_ (signature)